# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-7041-CAS(CTx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *ANA M. HANSON v. GMC CONSTRUCTION* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court issued a Notice of Deficiency Default/Default Judgment on April 29, 2009 in response to plaintiff's Request for Default and supporting Declaration filed April 28, 2009. To date, no correction and renewed request has been submitted.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 5, 2009** why this action should not be dismissed for lack of prosecution **as to defendant GMC CONSTRUCTION.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)**     A corrected proof of service of summons and complaint on **defendant GMC CONSTRUCTION**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-7041-CAS(CTx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *ANA M. HANSON v. GMC CONSTRUCTION* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court issued a Notice of Deficiency Default/Default Judgment on April 29, 2009 in response to plaintiff's Request for Default and supporting Declaration filed April 28, 2009. To date, no correction and renewed request has been submitted.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 5, 2009** why this action should not be dismissed for lack of prosecution **as to defendant GMC CONSTRUCTION.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A corrected proof of service of summons and complaint on **defendant GMC CONSTRUCTION**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |